UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Carl Haley,<br><br>  Plaintiff,<br><br>v.<br><br>Jennifer Schwartz,<br><br>  Defendant. | Case No. 2:25-cv-01580-GMN-DJA<br><br>**Order** |

Clark County Detention Center inmate, Plaintiff Carl Haley, has filed an application to proceed *in forma pauperis* (meaning, to proceed without paying the filing fee). (ECF No. 5). However, Plaintiff's response to one question is unclear and Plaintiff has not attached an inmate account statement for the past six months. So, the Court denies it without prejudice.

Plaintiff's response to question 1(b) is unclear. In response to question 1, which asks Plaintiff if he is presently employed, Plaintiff marked "no." Question 1(b) asks that, if the answer to question 1 is "no," for Plaintiff to state the date of last employment and the amount of the salary or wages per month which he received. Plaintiff responded to question 1(b) with "N/A." Without more explanation, it is unclear if Plaintiff is stating that he has never been employed, if he does not remember the dates of last employment, or whether he did not receive salary or wages. In any renewed application, Plaintiff must not respond "N/A" to any question without an explanation.

Plaintiff has also failed to attach an inmate account statement for the past six months. Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an incarcerated plaintiff seeking to proceed without paying the filing fee must complete an application to proceed *in forma pauperis* and attach: (1) an inmate account statement for the past six months; and (2) a financial certificate from the institution where he is incarcerated certifying the amount of funds in the plaintiff's trust

account at the institution. If the plaintiff has been incarcerated at the institution for fewer than six months, the certificate must show the account's activity for the shortened period. LSR 1-2. The Court with therefore deny Plaintiff's application to proceed *in forma paupers* without prejudice. If Plaintiff chooses to file another *in forma pauperis* application, then he must file a complete application on this Court's approved form including all the documents referenced in this order.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* (ECF No. 5) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff a copy of this order and a blank application to proceed *in forma pauperis* by an inmate as well as the accompanying instruction packet.

**IT IS FURTHER ORDERED** that by **December 19, 2025**, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments; or (2) pay the full $402 filing fee for a civil action, which includes the $350 filing fee and the $52 administrative fee. Failure to comply with this order will result in a recommendation to the District Judge that this action be dismissed.

DATED: November 19, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE